UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DALE THEIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AVG TECHNOLOGIES USA, INC., a Massachusetts corporation,<br><br>*Defendant*. | Civil Action No: 12-cv-10920 |

**ASSENTED TO MOTION TO ADMIT COUNSEL
*PRO HAC VICE* (BENJAMIN H. RICHMAN)**

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Benjamin H. Richman of Edelson McGuire LLC to appear on behalf of the plaintiff, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Richman has been a member in good standing of the bar of Illinois since November, 2009, and has also been admitted in other jurisdictions as set forth in his accompanying certification.

2. There are no disciplinary proceedings against Mr. Richman as a member of the bar in any jurisdiction.

3. Mr. Richman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mr. Richman has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel certifies that he has contacted counsel for the Defendants concerning this motion with the following results:  counsel for the Defendants indicated that the Defendants assent to the relief sought by this motion.

Dated:   June 21, 2012               Respectfully submitted,

                                     **PASTOR LAW OFFICE, LLP**


                                     /s/ David Pastor
                                     David Pastor (BBO # 391000)
                                     63 Atlantic Avenue, 3d Floor
                                     Boston, MA 02110
                                     Telephone: (617) 742-9700
                                     Facsimile: (617) 742-9701
                                     dpastor@pastorlawoffice.com

                                     *Plaintiff's Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 21, 2012.


                                     /s/ David Pastor
                                     David Pastor