UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER ROTTNER, individually and :
on behalf of all others similarly situated,
                                                   :
                Plaintiff,      Civil Action
                                                   :      No. 12-10920-RGS
   v.
                                                   :
AVG TECHNOLOGIES CZ, S.R.O., a Czech
company, and AUSLOGICS SOFTWARE    :
PTY LTD., an Australian company,
                                                   :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STATUS REPORT WITH REGARD TO THE SETTLEMENT PROCEEDINGS**

       In response to the Court's Order dated September 4, 2013 (Docket No. 89),[1] the parties hereby submit this joint status report:

       1.     The parties mediated this case on August 14, 2013. The mediation was constructive, and the parties reached agreement upon a settlement in principle on the consideration to be paid by each of the defendants, and also reached agreement on a framework for settlement, subject to negotiation and execution of a mutually-agreeable written settlement agreement containing all material terms.

       2.     In a joint motion filed August 30, 2013 (Docket No. 87), the parties requested a stay of all litigation and deadlines in this action with the exception of those necessary for them to present a proposed settlement agreement to the Court for its review. The Court allowed that motion on September 3, 2013 (see Docket No. 88).

---

[1] That Order states: "The parties shall file, on or before 10/14/13, a joint status report with regards to the settlement proceedings re [87], [88]."

3. Plaintiff has sent to defendants a draft settlement agreement that contains all proposed material terms of the parties' proposed class action settlement, along with drafts of all attachments to the agreement contemplated therein (the "Agreement"). For their part, Defendants anticipate that they will provide comments and revisions to the draft Agreement by October 16, 2013.

4. Thus, the parties have been working diligently toward (a) reaching agreement on the terms of a proposed classwide settlement of this action and (b) memorializing that agreement in a mutually-agreeable written settlement agreement.

5. Therefore, the parties respectfully request that the Court continue the stay in this action that was ordered on September 3, 2013, for an additional thirty (30) days, through and including November 13, 2013. Once a mutually-agreeable written settlement agreement has been finalized, Plaintiff will promptly file a motion with the Court seeking preliminary approval of the settlement, which would resolve this action on a classwide basis, and obviate the need to set any deadlines in the case, except those relating to the approval process. The parties anticipate that this will occur no later than November 15, 2013.[2]

---

[2] If this deadline cannot be achieved, or if the situation were to change (for example, the parties are unable in the future to negotiate a mutually-agreeable written settlement agreement), the parties will promptly inform the Court no later than November 15, 2013.

Dated: October 14, 2013                                     Respectfully submitted,
      Boston, Massachusetts

 /s/ Benjamin H. Richman                                     /s/ David S. Clancy
David Pastor (BBO #391000)                                  James R. Carroll (BBO #554426)
PASTOR LAW OFFICE, LLP                                      David S. Clancy (BBO #636031)
63 Atlantic Avenue                                          Alisha Q. Nanda (BBO #657266)
Third Floor                                                 Matthew M.K. Stein (BBO #666127)
Boston, Massachusetts 02110                                 SKADDEN, ARPS, SLATE,
(617) 742-9700                                                MEAGHER & FLOM LLP
dpastor@pastorlawoffice.com                                 One Beacon Street
                                                            Boston, Massachusetts 02108
Jay Edelson (admitted pro hac vice)                         (617) 573-4800
Rafey S. Balabanian (admitted pro hac vice)                 james.carroll@skadden.com
Benjamin H. Richman (admitted pro hac vice)                 david.clancy@skadden.com
Chandler R. Givens (admitted pro hac vice)                  alisha.nanda@skadden.com
EDELSON, LLC                                                matthew.stein@skadden.com
350 North LaSalle Street, Ste 1300
Chicago, Illinois 60654                                     Counsel for Defendant
(312) 589-6370                                              AVG Technologies CZ, s.r.o.
jedelson@edelson.com
rbalanian@edelson.com                                        /s/ Philip Y. Brown
brichman@edelson.com                                        Philip Y. Brown (BBO #552366)
cgivens@edelson.com                                         ADLER POLLOCK & SHEEHAN, PC
                                                            175 Federal Street
Counsel for Plaintiff                                       Boston, Massachusetts 02110
Christopher Rottner                                         (617) 482-0600
                                                            pbrown@apslaw.com

                                                            Counsel for Defendant
                                                            Auslogics Software Pty Ltd.

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 14, 2013.

Dated: October 14, 2013                                      /s/ Benjamin H. Richman
                                                            Benjamin H. Richman