UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER ROTTNER, individually and :
on behalf of all others similarly situated,

                                         :

                    Plaintiff,       Civil Action
                                   :   No. 12-10920-RGS

       v.
                                   :

AVG TECHNOLOGIES CZ, S.R.O., a Czech
company, and AUSLOGICS SOFTWARE  :
PTY LTD., an Australian company,

                                   :

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION TO BRIEFLY EXTEND PLAINTIFF'S DEADLINE TO SUBMIT
HIS PRELIMINARY APPROVAL MOTION TO WEDNESDAY, DECEMBER 11, 2013**

The parties respectfully and jointly move for an Order briefly extending Plaintiff's

deadline to submit his motion for preliminary approval of a classwide settlement from today,

December 6, 2013, to Wednesday, December 11, 2013.

In support of their motion, the parties state as follows:

1.      The parties continue to work diligently toward settlement of this matter.

2.      On November 15, 2013, the parties proposed that Plaintiff file his

anticipated motion for preliminary approval of the settlement no later than December 6, 2013,

i.e., today.  (See Docket No. 92.)  The Court endorsed that proposal in an electronic Endorsement

dated November 20, 2013.  (Docket No. 93.)

3.      As expected, the parties are very close to finalizing all filings related to

their proposed settlement.  However, Defendants need a short amount of additional time to

complete final review and approval of the settlement agreement and related documents.

Notwithstanding, the parties do not anticipate any further substantive revisions to the settlement agreement.

4.      Further, the agreement may be fully executed and approved for filing as early as this Monday, December 9, 2013, but in order to make a commitment to the Court that this will be the last request for extension, the parties request an extension until next Wednesday, December 11, 2013.

5.      The parties herein state that they fully expect a settlement submission to be made by next Wednesday, along with a settlement agreement executed by all parties, and that this will be their last request for any stay of litigation or extension in that regard.

<u>CONCLUSION</u>

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an Order briefly extending Plaintiff's deadline to submit his motion for preliminary approval of a classwide settlement from today, December 6, 2013, to Wednesday, December 11, 2013.

Dated: December 6, 2013                          Respectfully submitted,
       Boston, Massachusetts


 /s/ Benjamin H. Richman                           /s/ David S. Clancy
David Pastor (BBO #391000)                        James R. Carroll (BBO #554426)
PASTOR LAW OFFICE, LLP                            David S. Clancy (BBO #636031)
63 Atlantic Avenue                                Alisha Q. Nanda (BBO #657266)
Third Floor                                       Matthew M.K. Stein (BBO #666127)
Boston, Massachusetts 02110                       SKADDEN, ARPS, SLATE,
(617) 742-9700                                       MEAGHER & FLOM LLP
dpastor@pastorlawoffice.com                       One Beacon Street
                                                  Boston, Massachusetts 02108
Jay Edelson (admitted pro hac vice)               (617) 573-4800
Rafey S. Balabanian (admitted pro hac vice)       james.carroll@skadden.com
Benjamin H. Richman (admitted pro hac vice)       david.clancy@skadden.com
Chandler R. Givens (admitted pro hac vice)        alisha.nanda@skadden.com
EDELSON, LLC                                      matthew.stein@skadden.com
350 North LaSalle Street, Ste 1300
Chicago, Illinois 60654                           Counsel for Defendant
(312) 589-6370                                    AVG Technologies CZ, s.r.o.
jedelson@edelson.com
rbalanian@edelson.com                              /s/ Philip Y. Brown
brichman@edelson.com                              Philip Y. Brown (BBO #552366)
cgivens@edelson.com                               ADLER POLLOCK & SHEEHAN, PC
                                                  175 Federal Street
Counsel for Plaintiff                             Boston, Massachusetts 02110
Christopher Rottner                               (617) 482-0600
                                                  pbrown@apslaw.com

                                                  Counsel for Defendant
                                                  Auslogics Software Pty Ltd.

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 6, 2013.

Dated: December 6, 2013                            /s/ David S. Clancy
                                                  David S. Clancy