UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER ROTTNER, individually and :
on behalf of all others similarly situated,
:
                Plaintiff,     Civil Action
:     No. 12-10920-RGS
     v.
:
AVG TECHNOLOGIES CZ, S.R.O., a Czech
company, and AUSLOGICS SOFTWARE   :
PTY LTD., an Australian company,
:
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' NOTICE OF JOINDER
## CONCERNING CLASS ACTION SETTLEMENT AGREEMENT

Defendants AVG Technologies CZ, s.r.o. ("AVG") and Auslogics Software Pty Limited ("Auslogics") hereby join in the relief sought by Plaintiff's Motion for Final Approval of Class Action Settlement (Docket No. 112), namely an Order from this Court confirming certification of a class only for purposes of settlement and granting final approval of the settlement.

Certification of a settlement class is appropriate under the legal standards governing certification of classes for settlement purposes, and -- considering, among other things, Defendants' denial of liability, and the consequent risk on the merits to Plaintiff and the settlement class -- the settlement consideration here is fair and adequate. That consideration encompasses a $2.5 million settlement pool; substantial monetary consideration to claimants ($15 at minimum, on a product which cost $29.99 to $34.99); under cy pres principles, payment of unclaimed funds (after payments to class members, to the settlement administrator for notice and administration costs, and of the attorney's fees and incentive awards) to the National

Consumer Law Center and the Stanford Security Laboratory; and also the opportunity for settlement class members to receive four months' free use of AVG AntiVirus, the functionality of which is not challenged by Plaintiff and which was described in a recent review as "an effective antivirus solution that possesses both a robust feature set and an intuitive interface."  See http://www.laptopmag.com/best-antivirus-software/avg-review.aspx.  (The settlement does not include any provision for modification of the challenged product because AVG already ceased selling it in September 2012.)

## **CONCLUSION**

WHEREFORE, Defendants respectfully request that the Court enter an Order granting final approval of the settlement and confirming certification of the settlement class.

| | |
|---|---|
| Dated: April 16, 2014<br>Boston, Massachusetts | Respectfully submitted,<br><br> /s/ David S. Clancy<br>James R. Carroll (BBO #554426)<br>David S. Clancy (BBO #636031)<br>Alisha Q. Nanda (BBO #657266)<br>Matthew M.K. Stein (BBO #666127)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>david.clancy@skadden.com<br>alisha.nanda@skadden.com<br>matthew.stein@skadden.com<br><br>Counsel for Defendant<br>AVG Technologies CZ, s.r.o.<br><br> /s/ Philip Y. Brown<br>Philip Y. Brown (BBO #552366)<br>RACKEMANN, SAWYER & BREWSTER<br>160 Federal Street<br>Boston, Massachusetts 02110<br>(617) 482-0600<br>pbrown@rackemann.com<br><br>Counsel for Defendant<br>Auslogics Software Pty Ltd. |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 16, 2014.

| | |
|---|---|
| Dated: April 16, 2014 | /s/ David S. Clancy<br>David S. Clancy |