UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER ROTTNER, individually and  :
on behalf of all others similarly situated,
                                                           :
                    Plaintiff,         Civil Action
                                                   :   No. 12-10920-RGS
    v.
                                                   :
AVG TECHNOLOGIES CZ, S.R.O., a Czech
company, and AUSLOGICS SOFTWARE    :
PTY. LTD., an Australian company,
                                                   :
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING

TO:    All parties and their counsel of record.

      **PLEASE TAKE NOTICE THAT** on May 1, 2014 and pursuant to the Court's April 30, 2014 Order on Plaintiff's Motion and Memorandum of Law in Support of Final Approval (dkt. 114), the undersigned caused a true and accurate copy of the attached ***Declaration of Rafey S. Balabanian Regarding Breakdown of Attorney and Staff Hours Expended*** to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                           *                       *                     *

                                                   **CHRISTOPHER ROTTNER**, individually and on behalf of all others similarly situated,

Dated: May 1, 2014                     By: /s/ Benjamin H. Richman
                                                       One of Plaintiff's Attorneys

        Jay Edelson (Admitted *Pro Hac Vice*)
        jedelson@edelson.com
        Rafey S. Balabanian (Admitted *Pro Hac Vice*)
        rbalabanian@edelson.com
        Benjamin H. Richman (Admitted *Pro Hac Vice*)
        brichman@edelson.com
        Chandler R. Givens (Admitted *Pro Hac Vice*)
        cgivens@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

        David Pastor (BBO# 391000)
        dpastor@pastorlawoffice.com
        PASTOR LAW OFFICE, LLP
        63 Atlantic Avenue, Third Floor
        Boston, Massachusetts 02110
        Tel: 617.742.9700
        Fax: 617.742.9701

## **CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on May 1, 2014, I served the above and foregoing *Notice of Filing*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 1st day of May 2014.

                                    /s/ Benjamin H. Richman