UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
CHRISTOPHER ROTTNER, individually and :
on behalf of all others similarly situated,
                                      :
          Plaintiff,                     Civil Action
                                      :  No. 12-10920-RGS
     v.
                                      :
AVG TECHNOLOGIES CZ, S.R.O., a Czech
company, and AUSLOGICS SOFTWARE       :
PTY. LTD., an Australian company,
                                      :
          Defendants.
------------------------------- x

**DECLARATION OF RAFEY S. BALABANIAN REGARDING
BREAKDOWN OF ATTORNEY AND STAFF HOURS EXPENDED**

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1.      I am an attorney licensed to practice in the state of Illinois and have been admitted to practice in this Court *pro hac vice*. I am entering this declaration in support of Plaintiff's Motion for and Memorandum in Support of Final Approval of Class Action Settlement Agreement and Award of Attorneys' Fees and Incentive Award. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2.      I am a partner in the law firm of Edelson PC and have been named Class Counsel in this matter, along with attorneys Jay Edelson, Benjamin H. Richman and Chandler R. Givens of Edelson PC.

3.      On April 30, 2014, the Parties appeared before the Court through counsel for a Final Fairness Hearing on their proposed class action Settlement.

4.      At the hearing, the Court indicated that the Settlement was fair, reasonable and adequate, and warranted final approval. Notwithstanding, the Court requested that prior to the

entry of an order finally approving the Settlement, Class Counsel provide for the record a general breakdown, by category of work and tasks performed, the attorney and staff hours expended in this matter.[1]

5.  Pursuant to the Court's directive, the table below reflects the five general categories of work—case investigation, case initiation and litigation management, discovery, substantive motions, and settlement—and the general tasks within those categories performed by Class Counsel, the other attorneys at their firm, and their staff:

| CATEGORY OF WORK PERFORMED | TOTAL HOURS EXPENDED |
|---|---|
| **CASE INVESTIGATION.** Class Counsel's case investigation efforts included, *inter alia*, the following tasks:<br><br>Communications with putative class members: Investigation, review and analysis of dozens of inquiries from consumers regarding the Software Products at issue; numerous discussions with consumers regarding their experiences with the Software Products; review and analysis of related documents provided by consumers, as well as documents collected through counsel's investigation.<br><br>Investigation and analysis of the Software Products: Review and analysis of Defendants' marketing materials and representations regarding functional capabilities of the Software Products; forensic investigation and analysis of the functionality of the Software Products; forensic and legal analysis of the Software's functionality as compared with the marketing materials and in-software representations; in-depth consultation with forensic expert regarding results of forensic testing and preparation of forensic report; research and analysis related to preparation of forensic report; review and analysis of forensic report; investigation related to ownership of Software Products and entities involved in the design, development and marketing of the Software; preparation of presentation regarding results of investigation into Software Products; presentation of results of initial investigation to AVG Defendants and their counsel. | 271.5 hrs |

---

[1] Class Counsel previously submitted to the Court the total attorney and staff hours expended in this matter, broken down by specific attorney and staff member. (*See* dkt. 112.) As previously noted, prior to submitting that information to the Court, Class Counsel reviewed the attorney and staff hours recorded and reduced any hours that appeared duplicative or excessive. (*Id.*) Thus, the breakdown of hours provided herein reflects that "adjusted lodestar".

|  |  |
|---|---|
| **CASE INITIATION AND LITIGATION MANAGEMENT.** Class Counsel's case initiation and litigation management efforts included, *inter alia*, the following tasks:<br><br>Prior to and immediately following filing of original complaint: legal research regarding claims for breach of express warranties, breach of implied warranty of merchantability, fraudulent inducement, breach of contract, breach of implied covenant of good faith and fair dealing, and unjust enrichment in potential forums—including Massachusetts, California and Delaware; legal research into various class action issues related to potential forums; drafting and redrafting of original class action complaint; communications with former-plaintiff Theis regarding substance of complaint, initiation of lawsuit, and matters related to serving as a putative class representative; revisions to original complaint based upon input from former-plaintiff Theis; research and analysis related to initial motion for class certification; preparation of all case initiating documents and filing of same.<br><br>Following filing of original class action complaint: communications and conferences with counsel for AVG Defendants regarding merits issues, the relationship of the parties to each other and the challenged conduct, and other litigation issues; review and analysis of pre-discovery information provided by AVG Defendants regarding various issues; preparation for and attendance at initial case management conference before the Court; research and analysis related to drafting of amended complaint; drafting and redrafting of amended class action complaint; research and analysis related to drafting and redrafting of second amended class action complaint; legal research regarding service on foreign entities; service attempts on Defendant Auslogics Software Pty Ltd. through the Hague Convention and otherwise for over an eleven-month period. | 190.3 hrs |
| **DISCOVERY.** Class Counsel's discovery efforts included, *inter alia*, the following tasks:<br><br>Preparation of Rule 26(a)(1) disclosures; review and analysis of Defendants' Rule 26(a)(1) disclosures; communications and conferences with Defendants' counsel regarding preparation of proposed protective order; preparation of proposed protective order; research and analysis related to preparation of written discovery on AVG Defendants; drafting and redrafting of written discovery on AVG Defendants; review and analysis of the AVG Defendants' written discovery responses; review and analysis of two separate document productions totaling several thousands of pages of documents and information; review and analysis of documents and other information provided by Defendants informally; communications with former-plaintiff Theis regarding answering | 435.2 hrs |

| | |
|---|---|
| Defendants' discovery requests; communications with plaintiff Rottner regarding answering Defendants' discovery requests; drafted and redrafted both plaintiffs' written discovery responses to AVG Defendants' discovery requests; preparation of privilege log related to plaintiffs' discovery responses; communications and conferences with Defendants' counsel regarding various discovery disputes (by telephone, e-mail and other written correspondence); initial preparation for depositions of Defendants' witnesses. | |
| **SUBSTANTIVE MOTIONS.** Class Counsel's efforts with respect to the substantive motions filed in this matter included, *inter alia*, the following tasks:<br><br>Research related to initial motion for class certification; drafting and redrafting of initial motion for class certification; review and analysis of the AVG Defendants' motions to dismiss the first and second amended class action complaints filed in this matter; factual investigation and legal research regarding the AVG Defendants' arguments in support of their various motions to dismiss; drafting and redrafting of Rottner's oppositions to the AVG Defendants' various motions to dismiss; preparation for and attendance at oral argument on motion to dismiss; research regarding standards for deeming service effectuated; drafting and redrafting of motion to deem service effectuated on Defendant Auslogics Software Pty Ltd. | 274.6 hrs |
| **SETTLEMENT.** Class Counsel's efforts aimed at resolving this matter included the following tasks:<br><br>Pre-mediation settlement discussions through numerous telephone conferences and correspondence with defense counsel; legal research related to preparation of mediation statement; drafting and redrafting of mediation statement; preparation for and attendance at mediation in Boston; ongoing settlement discussions following mediation; numerous conferences and communications with defense counsel regarding the draft settlement agreement, class notice, and other settlement documents; communications and coordination of notice and claim activities with Settlement Administrator; communications with class members regarding settlement; assistance to class members related to settlement; communications and conferences with counsel for the AVG Defendants regarding various settlement issues; legal research related to drafting motion for preliminary approval of class action settlement; drafting and redrafting of motion for preliminary approval of class action settlement; review and analysis of AVG Defendants' statement supporting preliminary approval; legal research related to drafting of motion for final | 219.2 hrs |

| | |
|---|---|
| approval of class action settlement; drafting and redrafting of motion for final approval of class action settlement; preparation of oral argument at final fairness hearing. | |
| **TOTAL HOURS:** | 1,390.8[2] |

\*          \*          \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May 2014 at Chicago, Illinois.

                                                Rafey S. Balabanian

---

[2] As indicated in the Declaration of David Pastor attached to Plaintiff Rottner's Motion for Final Approval, Pastor Law Office LLP has reported an additional 16.0 hours of attorney and staff time performing various duties as local counsel in this matter. (*See* dkt. 112-7.)